**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION**

RHONDA HENDRIX, parent and guardian of
GATLIN PERRYMAN, a minor child,
    Plaintiffs,

v.                                      Case No. 3:07cv133/MCR/EMT

EVENFLO COMPANY, INC.,
    Defendant.
_____/

**O R D E R**

    This cause comes on for consideration upon the magistrate judge's report and recommendation dated October 11, 2007. The parties have been furnished a copy of the report and recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). I have made a <u>de novo</u> determination of any timely filed objections.

    Having considered the report and recommendation, and any objections thereto timely filed, I have determined that the report and recommendation should be adopted.

    Accordingly, it is now **ORDERED** as follows:

    1. The magistrate judge's report and recommendation is adopted and incorporated by reference in this order.

    2. Defendant FWBMC's Motion for Sanctions (Doc. 35) is **GRANTED** as follows:

        a. Defendant FWBMC's motion for attorney's fees pursuant to § 57.105(1) is **GRANTED** to the extent that, within **TEN (10) DAYS** of the date of this order, Plaintiffs shall pay to Defendant FWBMC the amount of $2,110.00, plus prejudgment interest, for the attorney's fees it incurred in defending this action after February 28, 2007.

      b.  Defendant FWBMC's motion for costs pursuant to Federal Rule of Civil Procedure 54(d) is **GRANTED**.  Within **TEN (10) DAYS** of the date of this order, Plaintiffs shall pay to Defendant FWBMC the amount of $805.45 for the cost of the deposition transcript of Plaintiff Hendrix.

      **DONE AND ORDERED** this 14th day of November, 2007.


                                         _s/ M. Casey Rodgers_
                                        **M. CASEY RODGERS**
                                        **UNITED STATES DISTRICT JUDGE**