UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

RHONDA HENDRIX, parent and guardian
of GATLIN PERRYMAN, a minor child,

    Plaintiff,

vs.                                       CASE NO.: 3:07cv133/MCR/EMT

EVENFLO COMPANY, INC.,

    Defendant.
                                      /

## O R D E R

        This matter is presently scheduled on the court's trial docket commencing June 16, 2008. The court recently granted plaintiff's request to deadlines to complete discovery and to file potentially dispositive motions. (See doc. 160). Due to these extensions and the anticipated impact on the trial schedule, as well as other conflicting matters on the Court's calendar, the trial in this case will be continued to the two-week trial docket commencing October 20, 2008. Any party with a conflict during that trial period may file a notice to that effect within 14 days of the date of this order, and such notice will be given such consideration as may be appropriate.

        **DONE and ORDERED** on this 11th day of March, 2008.

                                                *s/ M. Casey Rodgers*
                                                **M. CASEY RODGERS**
                                                **UNITED STATES DISTRICT JUDGE**