**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION**

RHONDA HENDRIX, parent and guardian of
GATLIN PERRYMAN, a minor child,

    Plaintiff,
vs.                                                      CASE NO.: 3:07cv133/MCR/EMT

EVENFLO COMPANY, INC., a foreign
corporation,

    Defendant.
_____/

**O R D E R**

By order dated July 17, 2008, this matter was scheduled on a special trial docket commencing January 19, 2009. (Doc. 269). The court reserved two weeks for the trial of this matter and directed the parties to advise the court if they had any information that would alter the anticipated trial length.[1] The parties filed a response to the court's order on July 18, 2008, advising that the trial was more likely to require three weeks, with some possibility of trial rolling into a fourth week. (Doc. 271). This matter is now before the court on Defendant's Notice of Potential Trial Conflict. (Doc. 275). Defendant suggests a potential conflict exists due to the trial of another civil matter scheduled in the Middle District of Florida during the trial term of February 2-27, 2009. Defendant advises that this conflicting trial was set by order issued subsequent to this court's order of July 17, 2008. Accordingly, no conflict existed at the time the trial in this matter was scheduled and the court will offer no consideration for any subsequent conflict.

---

[1] The reservation of two weeks for trial was based upon the parties' Joint Report filed May 4, 2007, wherein they reported an estimate of 10 days to try the case. (See doc. 26).

The trial in this matter will remain on the court's calendar as scheduled to commence January 20, 2009.[2]  With respect to the anticipated trial length, the court will make any necessary allowance for trial completion, including extending the special docket into a third and possibly fourth week.

SO ORDERED this 6th day of August, 2008.

                 s/ *M. Casey Rodgers*
**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**

---

[2] As the parties pointed out in their response, January 19, 2009, is Martin Luther King Jr. Day and therefore a court holiday.

Case No.: 3:07cv133/MCR/EMT