# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

RHONDA HENDRIX,

    Plaintiff,

vs.                       CASE NO.: 3:07cv133/MCR/EMT

EVENFLO COMPANY, INC.,

    Defendant.
_____/

## O R D E R

    This matter is before the court upon Plaintiff's Motion to Strike Supplemental Reports of William Van Arsdell, Ph.D., Maureen Reitman, Sc.D., and William R. Scott, Ph.D. and to Preclude the Use of Additional New Expert Testing. (Doc. 287). Upon review of the motion, the court finds that a hearing would be beneficial in the consideration of the issues presented. Therefore, counsel for both parties shall appear in person before the court for a hearing in this matter on **Thursday, September 4, 2008, at 1:30 PM, at the United States District Court, 1 North Palafox Street, Courtroom 4 North, Pensacola, Florida**. The time allotted is one hour. Any written response to plaintiff's motion submitted for the court's consideration shall be filed no later than **noon, Wednesday, September 3, 2008**.

    SO ORDERED this 27th day of August, 2008.

                            *s/ M. Casey Rodgers*
                            **M. CASEY RODGERS**
                            **UNITED STATES DISTRICT JUDGE**