# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

RHONDA HENDRIX,

    Plaintiff,

vs.                                       CASE NO.: 3:07cv133/MCR/EMT

EVENFLO COMPANY, INC.,

    Defendant.

_____/

## **O R D E R**

This matter was brought before the court for hearing September 4, 2008. At that time, the court DENIED Plaintiff's Motion to Strike. (Doc. 287). The court also took time to address counsel concerning the pending Daubert motions and directed counsel to advise the court of their mutual availability for hearing. They were also directed to provide the court with courtesy hard (i. e., paper) copies of the Daubert motions, responses, and all exhibits and supporting documentation.[1]

Counsel having agreed and advised of their availability, this matter shall be brought on for hearing on pending Daubert motions on **Tuesday, September 30, 2008, at 8:30 AM, at the United States District Court, 1 North Palafox Street, Courtroom 4 North, Pensacola**, **Florida**. An entire day has been reserved for this hearing.[2]

SO ORDERED this 11th day of September, 2008.

                *s/ M. Casey Rodgers*
                **M. CASEY RODGERS**
                **UNITED STATES DISTRICT JUDGE**

---

[1] The courtesy copies should be provided to the court no later than September 15, 2008.

[2] Counsel has advised of the possibility that the hearing may require more than one day and has requested that the court reserve the following day, October 1, 2008. The court has made note of the request and will reserve this date for completion of the hearing as necessary.