UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

RHONDA HENDRIX, parent and guardian of
GATLIN PERRYMAN, a minor child,

    Plaintiffs,

vs.                                            Case No. 3:07-CV-00133-MCR-EMT

EVENFLO COMPANY, INC.,

    Defendants.
_____/

## NOTICE OF APPEAL

NOTICE IS HEREBY GIVEN that Rhonda Hendrix and Gatlin Perryman, the Plaintiffs/Appellants, appeal to the United States Court of Appeals for the Eleventh Circuit from this Court's Order entered on December 29, 2008 granting Evenflo Company, Inc.'s Motion for Summary Judgment against Plaintiffs'/Appellants' on all of Plaintiffs'/Appellants' claims for damages related to the head and spinal cord injuries Gatlin Perryman sustained in the accident at issue and that led to the development of his Autism Spectrum Disorder.[1] On December 31, 2008, Plaintiffs/Appellants dismissed with prejudice, and with the consent and stipulation of defendant Evenflo Company, Inc., the "syringomyelia" damages claim that remained for trial.[2] Accordingly, judgment in the District Court is now final and fully appealable to the Eleventh Circuit Court of Appeals. Plaintiffs/Appellants also appeal from the District Court's following Orders in this case: Doc. 457 entered on 12/29/08; Doc. 227 entered on 5/9/08; Doc. 218 entered on 4/22/08, and Doc. 193 entered on 3/20/08.

---

[1] *See* Doc. 458 filed in 3:07-CV-00133-MCR-EMT.
[2] *See* Doc. 460 filed in 3:07-CV-00133-MCR-EMT. The ECF system does not reveal a Document #459.

WILNER BLOCK, P.A.

/s/ Norwood S. Wilner_____
Norwood S. Wilner
Florida Bar No. 222194
444 E. Duval Street, 3rd Floor
Jacksonville, Florida 32202
(904) 475-9400
(904) 391-6895 (facsimile)
Email: nwilner@wilnerblock.com

and

DOUTHIT FRETS ROUSE GENTILE
   & RHODES, LLC

/s/ Evan A. Douthit_____
Evan A. Douthit (admitted pro hac vice)
903 E. 104th Street, Suite 610
Kansas City, Missouri 64131
(816)941-7600
(816) 941-6666 Facsimile
Email: edouthit@dfrglaw.com

ATTORNEYS FOR PLAINTIFFS

**CERTIFICATE OF SERVICE**

    I HEREBY CERTIFY that a true and correct copy of the foregoing has been served upon counsel for defendant Evenflo via ECF this 31st day of December, 2008.

                                             /s/ Evan A. Douthit_____
                                             Counsel for Plaintiffs