**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION**

RHONDA HENDRIX, et al.,

    Plaintiffs,

vs.                                                  CASE NO.: 3:07cv133/MCR/EMT

EVENFLO COMPANY, INC.,

    Defendant.

_____/

**O R D E R**

This matter is currently scheduled for pretrial conference on Monday, January 12, 2009, with trial commencing Tuesday, January 20, 2009.  Following the court's recent rulings on the parties' twelve motions to exclude expert testimony and defendant's three motions for summary judgment, plaintiffs filed a Notice of Appeal.  (Doc. 462).  Based on the pending appeal, the scheduled trial and pretrial conference are CANCELLED.

There remain pending various pretrial motions, including twenty-three motions in limine (docs. 370, 371, 372, 374, 375, 376, 377, 380, 381, 382, 383, 384, 385, 386, 387, 389, 390, 391, 392, 393, 394, 395, 396) and defendant's motion to bifurcate the trial as to liability and damages (doc. 455).  Each of these motions is DENIED as moot.  Also pending is defendant's motion for issuance of memorandum opinion.  (Doc. 461).  This motion is DENIED.  As the court previously advised the parties, it is working on the memorandum and will issue it in due course.

**SO ORDERED** this 6th day of January, 2009.

                                                        *s/ M. Casey Rodgers*

                                                 **M. CASEY RODGERS
UNITED STATES DISTRICT JUDGE**