UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

RHONDA HENDRIX, parent and guardian of
GATLIN PERRYMAN, a minor child,

    Plaintiffs,

vs.                                              Case No. 3:07-CV-00133-MCR-EMT

EVENFLO COMPANY, INC.,

    Defendants.
_____/

## AMENDED NOTICE OF APPEAL

On December 31, 2008, Plaintiffs/Appellants filed a Notice of Appeal (Doc. # 462) to the United States Court of Appeals for the Eleventh Circuit from this Court's Order entered on December 29, 2008 granting Evenflo Company, Inc.'s Motion for Summary Judgment against Plaintiffs/Appellants on all of their claims for damages related to the head and spinal cord injuries Gatlin Perryman sustained in the accident at issue and that led to the development of his Autism Spectrum Disorder.[1]  Nearly a month later, on January 28, 2009, the trial court entered a "Memorandum Opinion" that "provides the rationale for the court's decision on each of the (*Daubert*) motions and is entered as an addendum to the order." (Doc. # 483, n. 1).[2]

On February 2, 2009, Appellee's Motion for Entry of Final Judgment was granted by the trial court (Doc. # 487).  Plaintiffs/Appellants believe their initial Notice of Appeal was timely filed and proper, but to eliminate any confusion or question regarding the jurisdiction of the Court of Appeals to consider this appeal on its merits, Plaintiffs/Appellants hereby file their

---

[1] *See* Doc. 458 filed in 3:07-CV-00133-MCR-EMT.

[2] In the interim, the United States Court of Appeals for the Eleventh Circuit docketed the appeal under USCA Case Number 09-10079-DD.

Amended Notice of Appeal from the trial Court's February 2, 2009 Order pursuant to Fed.R.App.P. 3 and 4. Specifically, Plaintiffs/Appellants hereby appeal from the trial court's "Order" dated February 2, 2009 (Doc. #487); from the court's December 29, 2008 orders (Docs. #457, 458) and the "addendum" identified as a "Memorandum Opinion" dated January 28, 2009 (Doc. #483); from the order entered May 9, 2008 (Doc. #227); from the order entered on April 22, 2008 (Doc. #218) and from the order entered on March 20, 2008 (Doc. #193).

WILNER BLOCK, P.A.

/s/ Norwood S. Wilner
Norwood S. Wilner
Florida Bar No. 222194
444 E. Duval Street, 3rd Floor
Jacksonville, Florida 32202
(904) 475-9400
(904) 391-6895 (facsimile)
Email: nwilner@wilnerblock.com

and

DOUTHIT FRETS ROUSE GENTILE
   & RHODES, LLC

/s/ Evan A. Douthit
Evan A. Douthit (admitted pro hac vice)
903 E. 104th Street, Suite 610
Kansas City, Missouri 64131
(816)941-7600
(816) 941-6666 Facsimile
Email: edouthit@dfrglaw.com

ATTORNEYS FOR PLAINTIFFS

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing has been served upon counsel for defendant Evenflo via ECF this 17th day of February, 2009.

/s/ Evan A. Douthit
Counsel for Plaintiffs