# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

**RHONDA HENDRIX, parent and guardian of G.P., a minor child,**

      **Plaintiffs,**

v.                                                     Case No. 3:07cv133/MCR/EMT

**EVENFLO COMPANY, INC., a foreign corporation,**

      **Defendant.**

_____/

## O R D E R

      Pursuant to the limited remand order of the Eleventh Circuit Court of Appeals, the court directs the clerk of this court to take the following actions:

      1.    Revise the style of this case to redact the full name of the minor plaintiff, referring to him only as "G.P."

      2.    Revise the clerk's entry of final judgment in accordance with the style of the case.

      3.    Seal the court's orders of December 29, 2008, January 28, 2009, and February 2, 2009 (docs. 457, 458, 483, and 487).

      **DONE and ORDERED** this 23rd day of February, 2009.

                                                    *s/ M. Casey Rodgers*
                                                    **M. CASEY RODGERS**
                                                    **UNITED STATES DISTRICT JUDGE**