# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

RHONDA HENDRIX

    VS                                    USDC NO. **3:07CV133/MCR/EMT**
                                                USCA NO. 09-10079-DD

EVENFLO COMPANY INC

### TRANSMITTAL OF CERTIFICATE OF READINESS OF RECORD ON APPEAL

      Pursuant to Fed. R. App. P. 11(c), the Clerk of the District Court for the Northern District of Florida hereby certifies that the record is complete for purposes of this appeal. The record (including the transcript or parts thereof designated for inclusion and all necessary exhibits) consists of 11 total volumes as follows:

9      Volumes of pleadings (Volume 9 - sealed documents);

2      Volumes of transcripts (Volume 1 - sealed transcript)

Please acknowledge receipt on the enclosed copy of this transmittal to: PENSACOLA DIVISION

                                                            WILLIAM M. McCOOL,
                                                            CLERK OF COURT

                                                             By: *s/ Katherine V. Goodman*
                                                             Deputy Clerk
                                                             One North Palafox Street
July 15, 2009                                          Pensacola, Florida 32502-5658