UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

RHONDA HENDRIX

    VS                              USDC NO. **3:07CV133/MCR/EMT**
                                           USCA NO. 09-10079-DD

EVENFLO COMPANY INC

**TRANSMITTAL OF RECORD ON APPEAL**

     The following documents are hereby transmitted to the Clerk, U. S. Court of Appeals. The Certified Record on Appeal consists of 54 total volumes as follows:

39    Volumes of pleadings;
        (Volume 34 - sealed doc. nos. 16, 17, 21, 32, 34, 39, 41, 49, 50, 54, 73, 75, 79, 83, 102, 104, 106, 114, 116, 118)
        (Volume 35 - sealed doc. nos. 124, 126, 129, 136, 138, 140, 143, 145, 147, 164, 166, 168, 186, 188)
        (Volume 36 - sealed doc. nos. 190, 192, 194, 205, 207, 210, 212, 214, 216, 229, 231, 233, 235, 238, 241)
        (Volume 37 - sealed doc. nos. 243, 255, 264, 265, 278, 280, 282, 348, 350, 352)
        (Volume 38 - sealed doc. nos. 406, 408, 410, 438, 441, 443, 446, 448, 450, 457, 458, 467, 475)
        (Volume 39 - sealed doc. nos. 483, 487, 492, 495, 497, 508, 510, 512, 515, 517, 521, 523, 529, 531, 536, 539, 542, 544, 546);

3    Volumes of transcripts (Volume 3 - sealed);

12    Exhibits:  1 folder - Attachments to doc. no. 316;
                    5 envelopes - Attachments to doc. nos. 127, 156, 289, 388, 421;
                    5 envelopes - Attachments to doc. nos. 194, 248, 261, 326, 426 (sealed);
                    1 folder - Attachment to doc. no. 317 (sealed).

Please acknowledge receipt on the enclosed copy of this transmittal to: PENSACOLA DIVISION

                                                WILLIAM M. McCOOL,
                                                CLERK OF COURT

                                                By: *s/ Katherine V. Goodman*
                                                Deputy Clerk
                                                One North Palafox Street
August 25, 2009                             Pensacola, Florida 32502-5658