UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

RHONDA HENDRIX, parent and guardian of
G. P. a minor child,

    Plaintiffs,

vs.                                      Case No. 3:07-CV-00133-MCR-EMT

EVENFLO COMPANY, INC.,

    Defendants.
_____/

## PLAINTIFFS' SUMMARY OF ATTORNEYS' TIME RECORDS

Pursuant to Local Rule 54.1(B), plaintiffs hereby state that for the days of October 15, 2009 through November 15, 2009, for the law firm of Douthit Frets Rouse Gentile & Rhodes, LLC, the total attorney time expended in representing plaintiffs is as follows:

    **Total attorney hours this filing:**    **0.00**

    **Total non-attorney hours this filing:**    **1.50**

Pursuant to the aforesaid Local Rule, the undersigned is also filing, **under seal**, copies of the underlying time records.

Respectfully submitted this 16th day of November, 2009.

                                          DOUTHIT FRETS ROUSE GENTILE &
                                          RHODES, LLC

                                          /s/ R. Douglas Gentile_____
                                          Evan A. Douthit (admitted pro hac vice)
                                          R. Douglas Gentile (admitted pro hac vice)

> 903 E. 104th Street, Suite 610
> Kansas City, Missouri 64131
> PH: (816)941-7600
> FX: (816) 941-6666
> email: edouthit@dfrglaw.com
> email: dgentile@dfrglaw.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 15th of November, 2009, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system, which will send a notification of such filing to the following: Timothy McDermott, Esq., Akerman Senterfitt, 50 North Laura Street, Suite 2500, Jacksonville, FL 32202; and Dan Ball, One Metropolitan Square, 211 North Broadway, Suite 3600, St. Louis, MO 63102.

> /s/ R. Douglas Gentile
> Counsel for Plaintiffs